UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------------------X

ANTHONY MR. STALLWORTH, PARICHAY
MR. BARMAN, NOOR MR. TANI and the NEW
YORK TAXI WORKERS ALLIANCE,
individually and on behalf of all others similarly
situated,

          __-CV-__ (___)

      Plaintiffs,

 -Against-        **DECLARATION OF**
             **DANIEL L. ACKMAN**

MEERA JOSHI, CHRIS WILSON, STAS
SKARBO, AND THE CITY OF NEW YORK,

      Defendants.


X--------------------------------------------------------------X


DANIEL L. ACKMAN declares under penalty of perjury:

  I am a member of the Bar of the State of New York and counsel to plaintiffs in the above captioned action.

  1. I submit this declaration in support of plaintiffs' motion for a temporary restraining order and a preliminary injunction and to submit true and correct copies of documents referenced in the memorandum of law in support of the motion:

| **Exhibit Number** | **DOCUMENT** |
|---|---|
| 1 | Class Action Complaint |
| 2 | Excerpt from Nnebe v. Daus (Nnebe) Order dated Jan. 8, 2014 Containing Jury Verdict Form, Nnebe Dkt #286 |
| 3 | *Nnebe* Defendants' Letter Objecting to Judge Sullivan's Proposed Jury Verdict form, dated Jan. 10, 2014; Nnebe Dkt #290 |

| | |
|---|---|
| 4 | Judge Sullivan's Order in *Nnebe* relating to Defendants' Objections to the proposed Jury Verdict Form, dated Jan. 10, 2014; Nnebe Dkt #296 |
| 5 | Excerpts from the Trial Transcript of Nnebe, including pages from the transcript of the video deposition of M. Hardekopf, which was viewed at trial |
| 6 | *Nnebe* Findings of Fact, dated August 8, 2014, Nnebe Dkt#323 |
| 7 | *Nnebe* Memorandum and order, dated April 28, 2016, Nnebe Dkt#366 |
| 8 | Excerpt from the Deposition of Matthew Daus dated Feb, 13, 2007. |
| 9 | Court of Appeals Order in *Nnebe* (Case 16-1673) dated Mar. 1, 2017 |
| 10 | List of Trades and Professions regulated by New York State, downloaded from the NY State Education Dep't website at http://www.op.nysed.gov/prof/ |
| 11 | List of Trades and Professions regulated by New York City, downloaded from the NYC Building Dep't Website at https://www1.nyc.gov/site/buildings/industry/license-types.page |
| 12 | Statement of Basis and Purpose for 2006 version of TLC Rule 8-16 |
| 13 | Current TLC Rule 68-15 |
| 14 | TLC Response to FOIL request, dated August 4, 2017 |
| 15 | Documents relating to the Suspension of Parichay Barman, including his suspension letter, the ALJ Recommended Decision and the TLC chair ruling |
| 16 | Stallworth suspension letter dated Aug. 4, 2017 |
| 17 | Taxi & Limousine Comm'n v. Bhatti, OATH Index No. 2364/13 (Aug. 27, 2013), rejected, Comm'n Dec. (Sept. 24, 2013), appended |
| 18 | Desk Appearance Tickets issued to Stallworth, Barman and Tani |
| 19 | Transcript of the OATH hearing for Anthony Stallworth, dated April 18, 2017 |
| 20 | Transcript of the OATH hearing for Parichay Barman, dated Feb. 10, 2017 |
| 21 | Transcript of the OATH hearing for Noor Tani, dated May 3, 2017 |
| 22 | OATH ALJ Recommendation and TLC chair ruling for Barman |
| 23 | OATH ALJ Recommendation and TLC chair ruling for Tani |

| | |
|---|---|
| 24 | Petitions stating relating to hearings for Stallworth, Tani and Barman |
| 25 | Pertinent pages from "Tax i and TLC- Licensee Cases: A Guide to Your Trial at the OATH Trials Division," downloaded from the Office of Trials and Hearings website |
| 26 | *Taxi & Limousine Comm'n v. Riano,* OATH Index No. 2554/08 (June 11, 2008), rev'd, Comm'r/Chair's Decision (July 11, 2008),  appended |
| 27 | Stallworth phone records, admitted as evidence in his OATH hearing |
| 28 | Stallworth trip records, admitted as evidence in his OATH hearing |

Dated: New York, New York
      September __, 2017

                                                /s/_____
                                                    Daniel L. Ackman