**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Anthony Stallworth, individually and on behalf of
all others similarly situated, et al.,
                      Plaintiffs,

-against-                             17 **CIVIL** 7119 (RJS)

**JUDGMENT**

Meera Joshi et al.,
                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's November 22, 2017 Order (Doc. 31) and this Court's opinion in Nnebe v. Daus, 184 F. Supp. 3d 54 (S.D.N.Y. 2016), Defendants' motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
         February 6, 2018

                                             **RUBY J. KRAJICK**
                                             _____
                                               **Clerk of Court**
                 **BY:**
                                               _____
                                               **Deputy Clerk**