UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NNEBE, *et al.*,<br><br>       Plaintiffs,<br> -v-<br>MATTHEW DAUS, *et al.*,<br><br>       Defendants. | No. 06-cv-04991 (RJS) |
| ANTHONY STALLWORTH, *individually and on behalf of all others similarly situated, et al.*,<br><br>       Plaintiffs,<br> -v-<br>MEERA JOSHI, *et al.*,<br><br>       Defendants. | No. 17-cv-7119 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  Pending before the Court is Plaintiffs' motion for attorneys' fees pursuant to 42 U.S.C. § 1988. (Doc. No. 491; 17-cv-7119, Doc. No. 108.) In their motion, Plaintiffs seek fees for time spent preparing the motion for attorneys' fees (so-called "fees-on-fees") for Fried Frank, "but not for Ackman and Goldberg, who reserve their right to seek such fees in their anticipated fee motion following final judgment." (Doc. No. 493 at 18 n.11.) The Court, however, sees no reason to bifurcate the fee motion in this manner. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall submit to the Court the total fees they seek related to preparing the motion for attorneys' fees,

supported by time records, no later than October 15, 2021.  Defendants may submit a response to these fees no later than October 22, 2021.

SO ORDERED.

Dated:     October 6, 2021
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation